THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSEPH CAPLAN, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-00649-SDJ-BD |
| | § | |
| BOGOTA SAVINGS BANK | § | |
| | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 28, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #9), that Defendant's Motion to Dismiss, (Dkt. #7), be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Dismiss, (Dkt. #7), is **GRANTED**, and Plaintiffs' claims asserted against Defendant Bogota Savings Bank are **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 17th day of June, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE